**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 7, 2020.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-18-00934-CV
_____

**AIRCON CORPORATION, Appellant**

**V.**

**RALPH A. FIGGS, Appellee**

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2016-26100**

## MEMORANDUM OPINION

This is an appeal from a judgment signed July 25, 2018. On April 30, 2020, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Hassan.